COMMONWEALTH of Pennsylvania,
Respondent

v.

Donya JACKSON, Petitioner

No. 58 EAL 2017

Supreme Court of Pennsylvania.

June 20, 2017

## ORDER

PER CURIAM

AND NOW, this 20th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

Justice Donohue did not participate in the consideration or decision of this matter.